Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

RECEIVED
BY MAIL

# UNITED STATES DISTRICT COURT

NOV 2 8 2016

for the

District of Minnesota

CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

|  |  |
|---|---|
| Joshua T Warren | ) Case No. $16 cv 4003\ JRT/HB$ |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) |
| **-v-** | ) |
| Anoka County Child Support Division Anoka County Attorney's Office Metro Legal Services | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) |

# COMPLAINT AND REQUEST FOR INJUNCTION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua T Warren |
| Street Address | 510 Cottonwood St NE |
| City and County | Lonsdale, Rice |
| State and Zip Code | Minnesota 55046 |
| Telephone Number | 612-432-0279 |
| E-mail Address | joshwarren84@hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.



SCANNED
NOV 2 8 2016
U.S DISTRICT COURT MPLS

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

**Defendant No. 1**

    Name                        Anoka County Child Support Division

    Job or Title *(if known)*

    Street Address          2100 Third Ave.

    City and County       Anoka, Anoka

    State and Zip Code    Minnesota 55303

    Telephone Number    763-422-7320

    E-mail Address *(if known)*

**Defendant No. 2**

    Name                        Anoka County Attorney's Office

    Job or Title *(if known)*

    Street Address          2100 Third Ave.

    City and County       Anoka, Anoka

    State and Zip Code    Minnesota 55303

    Telephone Number    763-323-5550

    E-mail Address *(if known)*

**Defendant No. 3**

    Name                        Metro Legal Services

    Job or Title *(if known)*

    Street Address          330 Second Ave. S Ste. 150

    City and County       Minneapolis, Hennepin

    State and Zip Code    Minnesota 55401

    Telephone Number    612-332-0202

    E-mail Address *(if known)*   service@metrolegal.com

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 US Code 1983
28 US Code 1655
42 US Code 666
15 US Code 1673
22 CFR 51.70

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ _____, is a citizen of the State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ _____ , and has its principal place of business in the State of *(name)* _____

   _____  _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

*(foreign nation)* _____

     b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.     The Amount in Controversy

          The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than \$75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

     A.     Where did the events giving rise to your claim(s) occur?

          Minnesota

     B.     What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

May 2011- present day

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The County Attorney's Office and Child Support Offices filed a Paternity hearing on the basis of information provided by my children's other parent. At the time around May 2011, I was recently unemployed and had been evicted from my apartment for non-payment of rent (MN 07-CV-11-1549). I was living with friends at several different addresses. The County Attorney and Child Support did not know my whereabouts, so they serviced the Summons via Metro Legal Services at my parent's address, an address I hadn't lived in over 5 years, nor listed on my government issued ID, stating it was my "usual place of abode" as outlined in MN law. This was untrue and I never received the service, nor had I arranged any other sort of service. Not knowing about the service, I did not show up for court, leading to a default judgment of child support and a child support arrearage in the tens of thousands of dollars. I was not made aware of this judgment until well into 2012, after the MN Civil Appeals deadline had elapsed. My due process, my right to an evidentary trial, my ability to call witnesses, have an attorney present, etc. was not upheld.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1.Credit- the denial of credit to afford a proper home and car have hurt me both in potential earnings, but also hurts my children emotionally as I could not be there for them all the time, nor provide a stable home environment. It also includeds the inability to take out loans for investment in myself, a business, or in the market. 2. Passport denial- I was made unable to continue a collegiate study abroad program for my college major, instead being forced to switch majors, and subsequently quit school 3. Incarceration- illegally held twice for being poor and not being able to afford child support, having to have family members bail me out, creating financial hardship and stress on them. 4. Public Ridicule- made out to be a "deadbeat" and publicly and privately admonished and defamed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

Actual Damages- $72,000 Lost Potential Wages 2012-2016, $4,000 Compensation for Wrongful Imprisonment and Lost Wages during imprisonment
Punitive Damages- $500,000 negligent infliction of emotional stress- dealing with anxiety and stress has caused physical gastroenterological issues as a result.
All Applicable Court Costs and Attorney's Fees
Any and all other damages the court deems proper

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      11-11-16

Signature of Plaintiff

Printed Name of Plaintiff      Joshua T Warren

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

E-mail Address