# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

JOSHUA T. WARREN,

                Civil No. 16-4003 (JRT/HB)

            Plaintiff,

v.

                    **ORDER ON REPORT**

ANOKA COUNTY CHILD SUPPORT    **AND RECOMMENDATION**
DIVISION, et al,

            Defendants.

---

Joshua T. Warren, 3348 Yates Avenue North, Crystal, MN 55422, *pro se* plaintiff,

Andrew T. Jackola, **ANOKA COUNTY ATTORNEY'S OFFICE,** 2100 Third Avenue, Suite 720, Anoka, MN 55303, for defendants Anoka County Child Support Division and Anoka County Attorney's Office,

Russell Ponessa, Margaret Ann Santos, **HINSHAW & CULBERTSON LLP,** 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for defendant Metro Legal Services.

A Report and Recommendation was filed by the Magistrate Judge on May 1, 2017. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Anoka County Defendants' Motion to Dismiss the Complaint [Docket No. 11]

    is **GRANTED**;

3. Defendant Metro Legal Services' Motion to Dismiss [Docket No. 15] is

**GRANTED**; and

4. Plaintiff's claims against all Defendants are **DISMISSED WITHOUT**

**PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: May 30, 2017
at Minneapolis, Minnesota          _____s/John R. Tunheim_____
                                      JOHN R. TUNHEIM
                                         Chief Judge
                           United States District Court